UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION |
| VERSUS | * | NO. 06-294 |
| ALVIN THOMAS | * | SECTION "L" |

### ORDER

Before the Court is Defendant's Motion to Reconsider his Supervised Release.  (Rec. Doc. 470).  Having reviewed the motion, the Government's opposition, and the applicable law, the Court now issues this Order.

On April 4, 2007, Mr. Thomas pled guilty to Count 2 of the indictment, which charged him with the distribution of 50 grams or more of cocaine base in violation of Title 21, United States Code, Section 841(a)(1).  (Rec. Doc. 231).  Mr. Thomas also had a prior 1991 conviction for distribution of cocaine.  (Rec. Doc. 229).  In 2007, the penalties for a defendant with a prior felony drug conviction was a minimum of 20 years imprisonment and supervised released of at least ten years.  18 U.S.C. § 841(b)(1)(A)(iii) (2007).  Pursuant to 18 U.S.C. § 3553(a), Mr. Thomas was sentenced to a term of imprisonment below the mandatory minimum of 20 years. However, his supervised release term was not reduced.  (Rec. Doc. 360).

On May 12, 2015, Mr. Thomas's sentence was reduced to 149 months pursuant to 18 U.S.C. § 3582(c)(2).  However, only a term of imprisonment, and not a term of supervised release, is authorized to be reduced under the statute.  *Id*.; *see also* U.S.S.G. § 1B1.10, Application Note 7.

In his motion for reconsideration, Mr. Thomas argues that the calculation of his

supervised release term should have been governed by Title 18, United States Code, Section 3583, which states, "[e]xcept as otherwise provided, the authorized terms of supervised release are –(1) for a Class A or B felony, not more than five years." 18 U.S.C. § 3583.  However, Title 21, United States Code, Section 841(a)(1), the statute to which Mr. Thomas pled guilty, provides different supervised release terms which are determined by the quantity of drugs involved and the defendant's criminal history.

Title 21, United States Code, Section 841(b)(1)(A)(iii) states, "[*n*]*otwithstanding section 3583 of Title 18*, any sentence under this subparagraph shall, in the absence of such a prior conviction, impose a term of supervised release of at least 5 years in addition to such term of imprisonment and shall, *if there was such a prior conviction, impose a term of supervised release of at least 10 years* in addition to such term of imprisonment." 21 U.S.C. § 841 (emphasis added).  Thus, Mr. Thomas's supervised release is governed by 21 U.S.C. § 841, the statute to which he pled guilty, and not by 18 U.S.C. § 3583.  Accordingly, the originally imposed supervised release term of 120 was and remains accurate.

**IT IS ORDERED** that Defendant's Motion to Reconsider (Rec. Doc. 470) and his Amendment Motion (Rec. Doc. 472) are **DENIED.**

New Orleans, Louisiana, this 2nd day of November, 2015.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

cc:
Alvin Thomas, III
29962-034
Oakdale Federal Correctional Institution

P.O. Box 5000
Oakdale, LA 71463